**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **INDALECIO PENA-HERNANDEZ,** Defendant. | CR 18-47-GF-BMM-2 **ORDER** |

Upon motion of the United States and for good cause shown,

IT IS ORDERED, pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment against Indalecio Pena-Hernandez without prejudice is GRANTED.  The indictment is DISMISSED WITHOUT PREJUDICE.

DATED this 16th day of September, 2024.

_/s/ Brian Morris_

Brian Morris, Chief District Judge
United State District Court